PROB 12C
(6/16)

Report Date: December 13, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 17, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Holly Rachelle Sherwood                     Case Number: 0980 2:18CR00187-TOR-1

Address of Offender:                                          Airway Heights, Washington 99001

Name of Sentencing Judicial Officer:  The Honorable B. Lynn Winmill, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 8, 2017

Original Offense:        Possession of Stolen Mail, 18 U.S.C. § 1708

Original Sentence:       Prison - 15 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     U.S. Attorney Office          Date Supervision Commenced: August 16, 2018

Defense Attorney:        Federal Defenders Office      Date Supervision Expires: August 15, 2021

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

   1                **Mandatory Condition # 3**: You shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.

                    **Supporting Evidence**: On or about November 4, 2018, Ms. Sherwood admitted to using heroin and methamphetamine.

                    On August 21, 2018, Ms. Sherwood reported to the U.S. Probation Office for the purpose of an intake. It was at that time Ms. Sherwood was informed of all mandatory, standard, and special conditions of supervised release. Ms. Sherwood acknowledged she understood her obligation to the Court.

                    On November 6, 2018, Ms. Sherwood met with her Washington State community corrections officer and submitted a urinalysis that tested presumptive positive for methamphetamine and heroin. Ms. Sherwood signed a written document admitting to the use of methamphetamine and heroin on or about November 4, 2018.

Prob12C
Re: Sherwood, Holly Rachelle
December 13, 2018
Page 2

2    **Special Condition #3**: The defendant shall participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.

**Supporting Evidence**: On December 11, 2018, Ms. Sherwood failed to submit a drug test as directed by the probation officer.

On August 21, 2018, Ms. Sherwood reported to the U.S. Probation Office for the purpose of an intake. It was at that time, Ms. Sherwood was informed of all mandatory, standard, and special conditions of supervised release. Ms. Sherwood acknowledged she understood her obligation to the Court.

On December 11, 2018, Ms. Sherwood reported to the U.S. Probation Office at approximately 2:50 p.m., for a previously scheduled probation appointment set for 2:30 p.m. Ms. Sherwood was informed that a urinalysis was to occur. She failed to submit a urinalysis as directed, in which a female U.S. probation officer brought her back to the urinalysis room on four different occasions until 5 p.m.

3    **Mandatory Condition # 3**: You shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.

**Supporting Evidence**: On or about December 10, 2018, Ms. Sherwood used heroin.

On August 21, 2018, Ms. Sherwood reported to the U.S. Probation Office for the purpose of an intake. It was at that time, Ms. Sherwood was informed of all mandatory, standard, and special conditions of supervised release. Ms. Sherwood acknowledged she understood her obligation to the Court.

On December 12, 2018, Ms. Sherwood reported to the U.S. Probation Office due to failing to provide a urinalysis as instructed on December 11, 2018. It was at that time, Ms. Sherwood admitted to using heroin to this officer, and via a signed document, on December 10, 2018.

4    **Standard Condition # 4**: You must answer truthfully the questions asked by your probation officer.

**Supporting Evidence**: On or about December 11, 2018, Ms. Sherwood was dishonest with her probation officer in respect to her illicit drug use.

On August 21, 2018, Ms. Sherwood reported to the U.S. Probation Office for the purpose of an intake. It was at that time Ms. Sherwood was informed of all mandatory, standard, and special conditions of supervised release. Ms. Sherwood acknowledged she understood her obligation to the Court.

On December 11, 2018, Ms. Sherwood reported to the U.S. Probation Office. Ms. Sherwood was asked multiple times by the undersigned, and a female U.S. probation officer, if she had

Prob12C
**Re: Sherwood, Holly Rachelle**
**December 13, 2018**
**Page 3**

recently relapsed on illicit substances. Ms. Sherwood replied she had not used illicit substances since her last reported relapse in November 2018. After failing to provide a urinalysis as instructed on December 11, 2018, Ms. Sherwood reported to the U.S. Probation Office on December 12, 2018. It was at that time, Ms. Sherwood admitting to being dishonest and deceitful to the undersigned on December 11, 2018, as she admitted to using heroin on December 10, 2018. Ms. Sherwood apologized for her dishonesty.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 13, 2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[✓]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

December 17, 2018

Date