PROB 12C
(6/16)

Report Date: December 28, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 28, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Holly Rachelle Sherwood | Case Number: 0980 2:18CR00187-TOR-1 |
| Address of Offender: | Wellpinit Washington 99040 |

Name of Sentencing Judicial Officer:  The Honorable B. Lynn Winmill, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 8, 2017

| | |
|---|---|
| Original Offense: | Possession of Stolen Mail, 18 U.S.C. § 1708 |
| Original Sentence: | Prison - 15 months    Type of Supervision: Supervised Release
TSR - 36 months |
| Asst. U.S. Attorney: | U.S. Attorney Office    Date Supervision Commenced: August 16, 2018 |
| Defense Attorney: | Federal Defenders Office    Date Supervision Expires: August 15, 2021 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/17/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 3**: You shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer.  The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.

**Supporting Evidence**: On or about December 18, 2018, Ms. Sherwood violated her terms of supervised released by using heroin.

On August 21, 2018, Ms. Sherwood reported to the U.S. Probation Office for the purpose of an intake.  It was at that time Ms. Sherwood was informed of all mandatory, standard, and special conditions of supervised release. Ms. Sherwood acknowledged she understood her obligation to the Court.

On December 20, 2018, Ms. Sherwood reported to the U.S. Probation Office. It was at this time she admitted to the undersigned, and via a written statement, that she last used heroin on December 18, 2018. |

Prob12C
**Re: Sherwood, Holly Rachelle**
**December 28, 2018**
**Page 2**

    6    **Special Condition # 3**: The defendant shall participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.

    **Supporting Evidence**: The offender has failed to participate in her substance abuse treatment program as directed by her probation officer.

    On August 21, 2018, Ms. Sherwood reported to the U.S. Probation Office for the purpose of an intake. It was at that time Ms. Sherwood was informed of all mandatory, standard, and special conditions of supervised release. Ms. Sherwood acknowledged she understood her obligation to the Court.

    On December 27, 2018, the undersigned received notification from her substance abuse treatment provider, Camas Path, in which it was reported Ms. Sherwood failed to attend her treatment session on December 27, 2018. Camas Path further informed the undersigned that if Ms. Sherwood fails to maintain compliance with their program by January 7, 2019, she will be unsuccessfully discharged.

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/17/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/28/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓]  Other : Incorporation of violations with violations previously reported to the Court and set for hearing on 1/7/2019 before Magistrate Judge John T. Rodgers.

*Thomas O. Rice*
Signature of Judicial Officer

December 28, 2018
Date