PROB 12C
(6/16)

Report Date: January 7, 2019

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2019

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Holly Rachelle Sherwood | Case Number: 0980 2:18CR00187-TOR-1 |
| Address of Offender: | Wellpinit, Washington 99040 |

Name of Sentencing Judicial Officer:  The Honorable B. Lynn Winmill, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 8, 2017

| | |
|---|---|
| Original Offense: | Possession of Stolen Mail, 18 U.S.C. § 1708 |
| Original Sentence: | Prison - 15 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney Office |
| | Date Supervision Commenced: August 16, 2018 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: August 15, 2021 |

## PETITIONING THE COURT

**To issue a warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/17/2018 and 12/28/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On January 5, 2019, Ms. Sherwood was arrested and charged with felony possession of controlled substance.<br><br>On August 21, 2018, Ms. Sherwood reported to the U.S. Probation Office for the purpose of an intake.  It was at that time Ms. Sherwood was informed of all mandatory, standard, and special conditions of supervised release. Ms. Sherwood acknowledged she understood her obligation to the Court.<br><br>On January 5, 2019, per Spokane Police Department (SPD) report 2019-20002666, SPD officers responded to a vehicle that was called in as suspicious, and was determined to be stolen. Ms. Sherwood was located in the front passenger side of the stolen vehicle and the SPD officers discovered she had an active Washington State Department of Corrections warrant. Ms. Sherwood was placed under arrest and searched.  SPD officers located a plastic drug pipe in her left rear jeans pocket, and a small plastic Ziploc baggie containing a substance of what appeared to be methamphetamine in her left front jeans pocket. SPD officers conducted a field test of the substance, which tested positive for methamphetamine. |

Prob12C
**Re: Sherwood, Holly Rachelle**
**January 7, 2019**
**Page 2**

> Ms. Sherwood was arrested and charged with felony possession of a controlled substance-methamphetamine. It should also be noted, upon searching the stolen vehicle, a purse was located on the front passenger side where Ms. Sherwood was sitting, which contained her identification card along with drug paraphernalia, bank checks and other bank information that did not belong to Ms. Sherwood.

8    **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance.

> **Supporting Evidence**: Ms. Sherwood was in possession of a controlled substance on January 5, 2019.
>
> On August 21, 2018, Ms. Sherwood reported to the U.S. Probation Office for the purpose of an intake. It was at that time Ms. Sherwood was informed of all mandatory, standard, and special conditions of supervised release. Ms. Sherwood acknowledged she understood her obligation to the Court.
>
> On January 5, 2019, per SPD report 2019-20002666, SPD officers responded to a vehicle that was called in as suspicious and was determined to be stolen. Ms. Sherwood was located in the front passenger side of the stolen vehicle, and the SPD officers discovered she had an active Washington State Department of Corrections warrant. Ms. Sherwood was placed under arrest and searched. SPD officers located a plastic drug pipe in her left rear jeans pocket, and a small plastic Ziploc baggie containing a substance that appeared to be methamphetamine in her left front jeans pocket. SPD officers conducted a field test of the substance which tested positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/07/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
**Re: Sherwood, Holly Rachelle**
**January 7, 2019**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [✓] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [✓] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

January 7, 2019
Date