PROB 12C
(6/16)

Report Date: February 4, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2021

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Holly Rachelle Sherwood          Case Number: 0980 2:18CR00187-TOR-1

Address of Offender:          Airway Heights, Washington 99001

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 8, 2017

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Mail, 18 U.S.C. § 1708 | |
| Original Sentence: | Prison - 15 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(May 29, 2019) | Prison - 60 days<br>TSR -34 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: May 15, 2020 |
| Defense Attorney: |  J. Houston Goddard | Date Supervision Expires: March 14, 2023 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/28/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: It is alleged that on January 28, 2021, Ms. Sherwood committed the offense of criminal trespass, a direct violation of mandatory condition number 1.<br><br>Ms. Sherwood's conditions of supervised release were reviewed with her on May 18, 2020, and she acknowledged an understanding of the terms and conditions of her supervised release.<br><br>On January 28, 2021, at 4 a.m., per Kalispel Tribal Police (KTP) report number 2021-82000516, Ms. Sherwood was observed walking on the gaming floor of the Northern Quest Casino by a Tribal Gaming Agent (TGA). The TGA contacted KTP as Ms. Sherwood was previously barred from Kalispel Tribal Properties in December 2020. A KTP officer contacted Ms. Sherwood and briefly detained her. Ms. Sherwood was ultimately given a criminal citation for trespass and was released. It should be noted, while conducting a search |

Prob12C
Re: Sherwood, Holly Rachelle
February 4, 2021
Page 2

of Ms. Sherwood, the KTP officer located an empty rubber slick on her person, which he noted was commonly used to carry illegal drugs and this rubber slick was transported to the KTP station and submitted for destruction.

7 **Special Condition #9**: You must not engage in any form of gambling (including, but not limited to, lotteries, on-line wagering, sports betting) and you must not enter any casino or other establishment where gambling is the primary purpose (e.g., horse race tracks, off-track betting establishments).

**Supporting Evidence**: It is alleged that on January 28, 2021, Ms. Sherwood entered into a casino, a direct violation of special condition number 9.

Ms. Sherwood's conditions of supervised release were reviewed with her on May 18, 2020, and she acknowledged an understanding of the terms and conditions of her supervised release.

On January 28, 2021, at 4 a.m., per Kalispel Tribal Police (KTP) report number 2021-82000516, Ms. Sherwood was observed walking on the gaming floor of the Northern Quest Casino by a Tribal Gaming Agent (TGA). On February 3, 2021, Ms. Sherwood admitted to the undersigned that she was indeed present in the Northern Quest Casino on January 28, 2021.

8 **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: It is alleged that after being questioned by a law enforcement officer on January 28, 2021, Ms. Sherwood failed to report this contact to her probation officer within 72 hours, a direct violation of standard condition number 9.

Ms. Sherwood's conditions of supervised release were reviewed with her on May 18, 2020, and she acknowledged an understanding of the terms and conditions of her supervised release.

On January 28, 2021, at 4 a.m., per Kalispel Tribal Police (KTP) report number 2021-82000516, Ms. Sherwood was questioned and provided a criminal citation by a KTP officer. Ms. Sherwood failed to report this law enforcement contact within 72 hours to the undersigned officer. It should be noted, the undersigned attempted to contact Ms. Sherwood in respect to her contact with the KTP on January 28, 2021, though Ms. Sherwood did not contact the undersigned until February 3, 2021.

9 **Special Condition #11**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Ms. Sherwood used marijuana on or about January 31, 2021, a direct violation of special condition number 11.

Ms. Sherwood's conditions of supervised release were reviewed with her on May 18, 2020, and she acknowledged an understanding of the terms and conditions of her supervised release.

Prob12C
Re: Sherwood, Holly Rachelle
February 4, 2021
Page 3

On February 3, 2021, the undersigned was able to contact Ms. Sherwood at her grandmother's residence. The undersigned inquired with Ms. Sherwood if she was able to provide a urinalysis, in which she stated she would need additional time to provide. Ms. Sherwood stated she would be able to provide a urinalysis in a half hour, in which it was agreed that the undersigned would return in approximately that amount of time. The undersigned and a female U.S. Probation officer returned to Ms. Sherwood's grandmother's residence approximately 1 hour and 40 minutes later and Ms. Sherwood attempted to provide a urinalysis, though after approximately 15 minutes of attempting, she stated she was still unable to produce urine. However, Ms. Sherwood did admit to the undersigned and via a signed document that she last used marijuana on January 31, 2021. Ms. Sherwood stated that she has remained abstinent of heroin.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 4, 2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

February 4, 2021

Date