PROB 12C
(6/16)

Report Date: February 19, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 19, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Holly Rachelle Sherwood | Case Number: 0980 2:18CR00187-TOR-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 8, 2017

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Mail, 18 U.S.C. § 1708 | |
| Original Sentence: | Prison - 15 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(May 29, 2019) | Prison - 60 days<br>TSR -34 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: May 15, 2020 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: March 14, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/28/2021 and 02/04/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition #11**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Ms. Sherwood violated the terms of her supervised release by failing to provide a urinalysis as directed on February 10 and 17, 2021, a direct violation of special condition number 11. |
| | Ms. Sherwood's conditions of supervised release were reviewed with her on May 18, 2020, and she acknowledged an understanding of the terms and conditions of her supervised release. |
| | On November 24, 2020, Ms. Sherwood was advised she would be placed on the phase urinalysis testing program at Pioneer Human Services (PHS).  She was further advised she |

Prob12C
**Re: Sherwood, Holly Rachelle**
**February 19, 2021**
Page 2

would be on the urinalysis testing color gold-3. She was directed to call the testing line every day, and was to report to PHS on the days gold-3 was called, in order to submit a urinalysis. Ms. Sherwood acknowledged an understanding of this process.

On February 10, 2021, without being excused by U.S. Probation, Ms. Sherwood failed to provide a urinalysis after her assigned color, gold-3, was called. In response to Ms. Sherwood failing to provide a urinalysis on February 10, 2021, she was directed by U.S. Probation to provide a urinalysis on February 17, 2021, after her initial appearance. Per PHS, Ms. Sherwood arrived at PHS 15 minutes before their closing time, in which she was unable to provide a urinalysis in time before their closing.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/19/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

February 19, 2021

Date