PROB 12C
(6/16)

Report Date: March 24, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Holly Rachelle SherwoodCase Number: 0980 2:18CR00187-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 8, 2017

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Mail, 18 U.S.C. § 1708 | |
| Original Sentence: | Prison - 15 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(May 29, 2019) | Prison - 60 days<br>TSR -34 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: May 15, 2020 |
| Defense Attorney: | J. Houston Goddard | Date Supervision Expires: March 14, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/28/2021, 02/04/2021 and 02/19/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition # 11**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Ms. Sherwood violated the terms of her supervised release by failing to submit to urinalysis testing, as directed, on March 23, 2021, a direct violation of special condition number 11.<br><br>Ms. Sherwood's conditions of supervised release were reviewed with her on May 18, 2020, and she acknowledged an understanding of the terms and conditions of her supervised release.<br><br>On November 24, 2020, Ms. Sherwood was advised she would be placed on the phase urinalysis testing program at Pioneer Human Services (PHS).  Ms. Sherwood was further |

Prob12C
**Re: Sherwood, Holly Rachelle**
**March 24, 2021**
Page 2

advised she would be on the urinalysis testing color gold-3. She was directed to call the testing line every day, and was to report to PHS on the days gold-3 was called, in order to submit a urinalysis. Ms. Sherwood acknowledged an understanding of this process.

On March 22, 2021, Ms. Sherwood's assigned color, gold-3, was directed to test. At 5:19 p.m., on March 22, 2021, Ms. Sherwood contacted the undersigned and stated she was a passenger in an automobile accident, and thus would be unable to make it to PHS before their 5:30 p.m. closing time. The undersigned spoke with Ms. Sherwood, in which she was then directed to report to PHS on March 23, 2021, to submit a urinalysis before 11 a.m., and she was to contact the undersigned after she submitted the urinalysis. On March 24, 2021, the undersigned ascertained from PHS staff, that Ms. Sherwood arrived at their facility at 3:45 p.m., though failed to provide a urinalysis, as directed. Ms. Sherwood failed to contact the undersigned on March 23, 2021, and attempts to contact Ms. Sherwood through text messages and telephone calls have gone unreturned as of this writing.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/24/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS
[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

March 24, 2021
      Date