PROB 12C
(6/16)

Report Date: May 26, 2022

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 26, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Holly Rachelle Sherwood          Case Number: 0980 2:18CR00187-TOR-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇ Wellpinit, Washington 99040

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 8, 2017

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Mail, 18 U.S.C. § 1708 | |
| Original Sentence: | Prison - 15 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(May 29, 2019) | Prison - 60 days<br>TSR -34 months | |
| Revocation Sentence:<br>(June 10, 2021) | Prison - 13 months<br>TSR - 21 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: February 4, 2022 |
| Defense Attorney: | J Houston Goddard | Date Supervision Expires: November 3, 2023 |

### PETITIONING THE COURT

To issue a warrant.

Ms. Sherwood's conditions of supervised release were reviewed with her on February 8, 2021, and she acknowledged an understanding of the terms and conditions of her supervised release as evidenced by her signing a copy of her Judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.<br><br>**Supporting Evidence**: Ms. Sherwood is alleged to have violated the terms of her supervised release by failing to notify her U.S. probation officer within 72 hours after she was questioned by law enforcement on May 10, 2022. |

Prob12C
**Re: Sherwood, Holly Rachelle**
**May 26, 2022**
**Page 2**

On May 10, 2022, per Spokane County Sheriff's Office (SCSO) report 2022-10056906, a traffic stop was conducted on a vehicle in which Ms. Sherwood was a passenger. The driver of the vehicle was arrested on two outstanding misdemeanor warrants and Ms. Sherwood was questioned by a SCSO deputy, though was not charged with any crime. She thus was allowed to vacate the scene. On May 17, 2022, the undersigned spoke with Ms. Sherwood via telephone and she acknowledged that she was asked a series of questions by law enforcement on May 10, 2022, and she ultimately apologized for not reporting this incident within the required 72-hour time frame to the undersigned.

2   **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting permission of the probation officer.

**Supporting Evidence**: It is alleged that Ms. Sherwood violated the terms of her supervised release on May 10, 2022, by knowingly communicating or interacting with an individual who is a convicted felon without first getting permission from her probation officer.

On May 10, 2022, per Spokane County Sheriff's Office (SCSO) report 2022-10056906, a traffic stop was conducted on a vehicle in which Ms. Sherwood was a passenger and the driver, Jager Fox, was arrested on two misdemeanor warrants. On May 17, 2022, the undersigned spoke with Ms. Sherwood and she acknowledged Mr. Fox was dating her sister and that it was her understanding he had been previously convicted of a felony. A subsequent criminal history records check did confirm Mr. Fox has previously been convicted of a felony in Washington state.

3   **Special Condition #12**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Ms. Sherwood violated the terms of her supervised release by using methamphetamine and fentanyl on or about May 16, 2022.

On May 19, 2022, after originally being deceitful with U.S. probation officers on May 18, 2022, Ms. Sherwood admitted to U.S. Probation Officer Andrade, and signed an admission statement indicating that she last used methamphetamine on May 16, 2022. A subsequent urinalysis sample provided by Ms. Sherwood indicated she was presumptive positive for methamphetamine and fentanyl. It should be noted, Ms. Sherwood adamantly denied using fentanyl and thus this specimen was sent to the toxicology laboratory for confirmation and the results remain pending as of this writing.

4   **Standard Condition # 4**: You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: It is alleged that Ms. Sherwood violated the terms of her supervised release as she was dishonest with U.S. Probation Officer Andrade and the undersigned on May 18, 2022, after she was asked questions in respect to her last use of an illicit substance.

Prob12C
**Re: Sherwood, Holly Rachelle**
**May 26, 2022**
**Page 3**

On May 18, 2022, at approximately 2:10 p.m., Ms. Sherwood reported to the U.S. Probation Office as directed. Ms. Sherwood was informed that a urinalysis sample was to be collected on this date by U.S. Probation Officer Andrade. Ms. Sherwood stated that she was initially unable to provide a sample so she was afforded the opportunity to drink as much water as necessary so she could provide. Ultimately, Ms. Sherwood was brought back to the U.S. Probation Office urinalysis testing room on four occasions. With each attempt she was unable to provide a sample and Ms. Sherwood adamantly denied using and/or relapsing on any illicit substance to U.S. Probation Officer Andrade. At approximately 4:50 p.m., the undersigned returned from field work and had the opportunity to speak with Ms. Sherwood. She stated that she was unable to provide a urinalysis specimen and she also denied using and/or relapsing on any illicit substance. Ms. Sherwood was therefore directed to report back to the U.S. Probation Office, before 9 a.m. on May 19, 2022, for another attempt to obtain a urinalysis specimen. On May 19, 2022, Ms. Sherwood reported to the U.S. Probation Office at approximately 11 a.m., and ultimately admitted to U.S. Probation Officer Andrade that she used methamphetamine on or about May 16, 2022.

5       **Special Condition #12**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Ms. Sherwood violated the terms of her supervised release on May 22, 2022, by using methamphetamine.

On May 24, 2022, Ms. Sherwood reported to the U.S. Probation Office as directed and she admitted to the undersigned and via a signed document that she last methamphetamine on or about May 22, 2002.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 26, 2022

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
Re: Sherwood, Holly Rachelle
May 26, 2022
Page 4

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

May 26, 2022
Date