PROB 12C
(6/16)

Report Date: June 2, 2022

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Holly Rachelle Sherwood        Case Number: 0980 2:18CR00187-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Wellpinit, Washington 99040

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 8, 2017

| | | |
|---|---|---|
| Original Offense: | Possession of Stolen Mail, 18 U.S.C. § 1708 | |
| Original Sentence: | Prison - 15 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(May 29, 2019) | Prison - 60 days<br>TSR -34 months | |
| Revocation Sentence:<br>(June 10, 2021) | Prison - 13 months<br>TSR - 21 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: February 4, 2022 |
| Defense Attorney: | J Houston Goddard | Date Supervision Expires: November 3, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/26/2022.

Ms. Sherwood's conditions of supervised release were reviewed with her on February 8, 2021, and she acknowledged an understanding of the terms and conditions of her supervised release as evidenced by her signing a copy of her Judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #12**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Ms. Sherwood violated the terms of her supervised release by using methamphetamine on or about May 29, 2022. |

Prob12C
**Re: Sherwood, Holly Rachelle**
**June 2, 2022**
**Page 2**

**Supporting Evidence**: On May 31, 2022, Ms. Sherwood reported to Pioneer Human Services (PHS) to provide a urinalysis. Ms. Sherwood's urinalysis specimen tested presumptive positive for methamphetamine and she subsequently signed a statement admitting to last using methamphetamine on May 29, 2022. On June 1, 2022, the undersigned spoke with Ms. Sherwood via telephone and she admitted to using methamphetamine on May 29, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 2, 2022

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge

June 2, 2022
Date