|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOLLY RACHELLE SHERWOOD,<br><br>Defendant. | NO: 2:18-CR-0187-TOR<br><br>ORDER GRANTING RELEASE PENDING FINAL REVOCATION HEARING<br><br>**\*\*U.S. MARSHAL ACTION REQUIRED\*\*** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Release to Oxford House Placement. ECF No. 271.  The motion was noted for hearing without oral argument on an expedited basis.  Having reviewed the file and the records therein, the Court is fully informed.

On June 22, 2022, a revocation of supervised release hearing was held. Defendant admitted all six violations and requested the Court continue the disposition hearing to allow her to demonstrate her good conduct and attend in-patient drug treatment.  She was furloughed to participate in an in-patient treatment

ORDER GRANTING RELEASE PENDING FINAL REVOCATION HEARING ~ 1

program and is expected to complete treatment on July 27, 2022. Defendant seeks to be released with living arrangements approved by the Probation Office at the Cannon Oxford House to continue treatment in an outpatient setting. In support of her motion, Defendant represents that her probation officer supports her request, and the government takes no position. For good cause shown, the motion is granted.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendant shall remain at the SPARC facility until the completion of her in-patient treatment.

2. Upon successful completion of her in-patient treatment Defendant shall be released to live at the Cannon Oxford House and attend outpatient treatment.

3. All previously imposed conditions of supervised release remain in effect.

4. The Revocation of Supervised Release Hearing scheduled for **September 22, 2022, at 8:30 a.m.,** in Spokane Courtroom 902 before Judge Thomas O. Rice remains set.

5. The supervising United States Probation Officer shall file a status report for the Court **on or before September 15, 2022**.

ORDER GRANTING RELEASE PENDING FINAL REVOCATION HEARING ~ 2

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel, the United States Probation Office, and the U.S. Marshal.

DATED July 26, 2022.



THOMAS O. RICE
United States District Judge

ORDER GRANTING RELEASE PENDING FINAL REVOCATION HEARING ~ 3